1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Gomez-Perez
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   Case No. 08mj2073
                                   )
12         Plaintiff,               )
                                   )
13 v.                              )
                                   )   **NOTICE OF APPEARANCE**
14 **NOEL GOMEZ-PEREZ,**           )
                                   )
15         Defendant.              )
                                   )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                     Respectfully submitted,
21 Dated: July 10, 2008                *s/ James M. Chavez*
                                       Federal Defenders of San Diego, Inc.
22                                     *james_chavez@fd.org*
23
24
25
26
27
28

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Gomez-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>**NOEL GOMEZ-PEREZ**,                  )<br>                                                              )<br>            Defendant.                         )<br>                                                              ) | Case No. 08mj2073<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: July 10, 2008

                                        s/ *James M. Chavez*
JAMES M. CHAVEZ
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: james_chavez@fd.org